# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SORANA D. FEZI, | ) | 3:07-CV-350-BES-RAM |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#4) ("Recommendation") entered on October 12, 2007, in which the Magistrate Judge recommends that this Court enter an order dismissing this case without prejudice. No objections have been filed.

The Court has conducted a *de novo* review of the record in this case, considering fully all relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing,

///
///
///
///
///
///

1

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#4) entered on October 12, 2007, is adopted and accepted without modification. Thus, in accordance with the Report and Recommendation this case is DISMISSED without prejudice. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 9TH day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE